# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARTHA MCKEE-BLACKHAM,
     Appellant,

vs.

BRIAN E. BLACKHAM,
     Respondent.

No. 71763

**FILED**

SEP 2 2 2017



ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from an order setting child support and arrears and awarding respondent attorney fees and costs. Eighth Judicial District Court, Family Court Division, Clark County; Jennifer Elliott, Judge.

On August 14, 2017, this court entered an order directing appellant to file and serve the child custody fast track statement within 11 days. NRAP 3E. We cautioned appellant that failure to file the fast track statement could result in the dismissal of this appeal. To date appellant has not filed the fast track statement or otherwise communicated with this court; accordingly we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]We deny as moot respondent's motion to dismiss the appeal.

17-32144

cc: Hon. Jennifer Elliott, District Judge, Family Court Division
Martha McKee-Blackham
Fine Carman Price
Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARTHA MCKEE-BLACKHAM,
Appellant,
vs.
BRIAN E. BLACKHAM,
Respondent.

No. 71763

FILED

AUG 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER

On May 18, 2017, this court entered an order granting rehearing in this pro se appeal and directing the transmission of the record. Pursuant to that order, appellant's child custody fast track statement was due to be filed by June 27, 2017. NRAP 3E(d)(1). To date, appellant has failed to file the document. Appellant shall have 11 days from the date of this order to file and serve a fast track statement that complies with NRAP 3E. Respondent shall have 20 days from service of appellant's fast track statement to file and serve the fast track response. NRAP 3E(d)(2). Failure to comply timely with this order may result in the imposition of sanctions, including dismissal of this appeal.

Appellant has filed a letter requesting preparation of a transcript that she claims is necessary for her appeal. We decline at this point to order the preparation of the requested transcript. NRAP 9(b)(1)(C). Appellant shall prepare her fast track statement to the best of her ability without reference to specific portions of a transcript.

It is so ORDERED.

_Cherry_, C.J.

cc: Martha McKee-Blackham
Fine Carman Price